**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

———————————————————————

Nicholas Parker,                                       :
                                                       :
                                                       :  Civil Action No.:  1:13-cv-00292-JBS-AMD
                                                       :
                    Plaintiff,                         :
        v.                                             :
                                                       :
Accounts Receivable Management, Inc.; and              :
DOES 1-10, inclusive,                                  :
                                                       :
                    Defendant.                         :
———————————————————————    :

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in

the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent

person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby discontinued against Accounts Receivable Management, Inc. with prejudice and

without costs to any party.

Nicholas Parker                         Accounts Receivable Management, Inc.


___/s/ Sofia Balile_____           __/s/ Ronald M. Metcho_____

Sofia Balile, Esq.                      Ronald M. Metcho, Esq.
NJ Bar No. 01093                        MARSHALL DENNEHEY WARNER
LEMBERG & ASSOCIATES                    COLEMAN & GOGGIN
1100 Summer Street, 3rd Floor      2000 Market Street
Stamford, CT  06905                     Suite 2300
(203) 653-2250                          Philadelphia, PA 19103
Attorney for Plaintiff                  (215) 575-2595
                                        Attorney for Defendant


———————————————————

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sofia Balile_____
Sofia Balile