UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Nicholas Parker,

          Plaintiff,

v.

Accounts Receivable Management, Inc.; and DOES 1-10, inclusive,

          Defendant.

Civil Action No.: 1:13-cv-00292-JBS-AMD

RECEIVED
MAY 1 0 2013
JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Accounts Receivable Management, Inc. with prejudice and without costs to any party.

| Nicholas Parker | Accounts Receivable Management, Inc. |
|---|---|
| /s/ Sofia Balile | /s/ Ronald M. Metcho |
| Sofia Balile, Esq. | Ronald M. Metcho, Esq. |
| NJ Bar No. 01093 | MARSHALL DENNEHEY WARNER |
| LEMBERG & ASSOCIATES | COLEMAN & GOGGIN |
| 1100 Summer Street, 3rd Floor | 2000 Market Street |
| Stamford, CT 06905 | Suite 2300 |
| (203) 653-2250 | Philadelphia, PA 19103 |
| Attorney for Plaintiff | (215) 575-2595 |
| | Attorney for Defendant |

*[signature: Jerome B. Simandle]*
SO ORDERED